January 23, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MUTUAL OF OMAHA LIFE INSURANCE COMPANY, Appellant

NO. 14-13-00050-CV                 V.

JOHNNY COSTELLO, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Johnny Costello, signed November 30, 2012, was heard on the transcript of the record. We have inspected the record and find error. We therefore **REVERSE** the trial court's summary judgment orders and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Johnny Costello.

We further order this decision certified below for observance.